UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIEFA ROBINSON | CIVIL ACTION |
| VERSUS | NO. 23-1631 |
| WILLIES HOLDINGS, LLC, *et al.* | SECTION M (1) |

### ORDER

Considering defendants' motion to strike plaintiff's untimely expert disclosures or, alternatively, to continue the trial and expert disclosure deadlines (R. Doc. 23),

IT IS ORDERED that the motion is DENIED AS MOOT, as the Court has already granted plaintiff's unopposed motion to continue the trial and expert disclosure deadlines.[1]

New Orleans, Louisiana, this 17th day of July, 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 22.